UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HONEYCUTT, individually,
and on behalf of others similarly
situated,

     Plaintiff,

v.

WORLDPAC, INC., a Michigan
Corporation and NATIONAL
DELIVERY SOLUTIONS, LLC,
A Missouri Corporation,

     Defendants.

Case No. 2:21-cv-10148

Hon. Mark A. Goldsmith

Mag. Judge Curtis Ivy, Jr.

---

Charles R. Ash, IV (P73877)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
One Towne Square, 17th Floor
Southfield, MI  48076
(248) 355-0300
crash@sommerspc.com

Allan S. Rubin (P44420)
JACKSON LEWIS P.C.
Attorneys for Defendants
2000 Town Center, Ste. 1650
Southfield, MI 48075
(248) 936-1900
Allan.Rubin@jacksonlewis.com

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT**

  This matter has come before the Court on the unopposed motion by Plaintiff
John Honeycutt ("Plaintiff"), on behalf of himself and similarly situated employees
of Defendants Worldpac, Inc. and National Delivery Solutions, LCC ("Defendants")
(together, the "Parties"), for approval of the Parties' collective action Settlement
Agreement pursuant to 29 U.S.C section 201, *et seq*.

  Plaintiff, without opposition from Defendants, seeks an order approving the

Parties' settlement and Plaintiff Counsel's fee request. Having considered the papers filed in support of the motion, the arguments of counsel, and the law, the Court now enters this Order and **FINDS**, **CONCLUDES**, **AND ORDERS** as follows:

1.     The Motion for approval of the Parties' Settlement in the gross amount of $107,500.00 is **APPROVED**;

2.     The Court finds and determines that the terms of the Parties' settlement (net settlement payment to Collective of $58,470.32) are fair, reasonable, and adequate to Plaintiff and the members of the collective;

3.     The Court finds and determines that the incentive award payment of $5,000.00 to Plaintiff, as the named plaintiff and representative of the collective, is reasonable and appropriate, and, thus, approved;

4.     The Court further finds that Plaintiff Counsel's lodestar fee and litigation expense request of $44,029.68, based on Charles Ash's blended hourly rate of $463.08 and litigation expenses of $738.84, is reasonable and approved; and

5.     In light of the Court's determination that Plaintiff Counsel's lodestar request is reasonable, Plaintiff's Notice of Supplemental Authority (ECF No. 29) is deemed moot.

Having granted the relief requested in Plaintiff's Unopposed Motion for Approval of Fair Labor Standards Act Settlement (ECF No. 28), the Court hereby **DISMISSES** this matter **WITH PREJUDICE** and without fees or costs except as provided in this Order.


**IT IS SO ORDERED.**


Dated:  January 6, 2022                    s/Mark A. Goldsmith
            Detroit, Michigan                    MARK A. GOLDSMITH
                                                         United States District Judge